UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELE GRINZI, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CURTIS BARNES, et al.,<br><br>            Defendants. | Case No.: C 04-1655 PVT<br><br>**ORDER DENYING MOTION TO QUASH WITHOUT PREJUDICE TO PROPERLY NOTICED MOTION** |

On May 20, 2005, Defendants filed a "Notice of Intent to Quash Subpoena."[1] To the extent Defendants intended this to be a motion to quash,

IT IS HEREBY ORDERED that the motion is DENIED without prejudice to Defendants bringing a properly noticed motion pursuant to Civil Local Rule 7.

Dated: *6/3/05*

　　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*