UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELE GRINZI, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CURTIS BARNES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-1655 PVT <br><br> **ORDER FINDING CASES ARE NOT RELATED** |

On June 9, 2005, Defendants filed a "Notice of Related Case," notifying the court that Defendants believe that this case appears to be related to *Wan v. Calfin Holdings LLC, et al.,* Case No. C05-1444 EMC within the contemplation of Civil Local Rule 3-12.[1]  The Plaintiffs in both this case and *Wan v. Calfin Holdings LLC, et al.* opposed Defendants' notice of related case. Based on the Notice of Related Case, and the files in both cases,

IT IS HEREBY ORDERED that this court finds the cases are NOT RELATED.

Dated:  *6/23/05*

  */s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*