*E-Filed 6/24/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRINZI, et al.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BARNES, et al.,<br><br>　　　　　　　Defendants. | Case No.  C04-01655 PVT<br><br>**ORDER EXPUNGING DEFENDANTS' SETTLEMENT CONFERENCE STATEMENT FROM THE PUBLIC DOCKET** |

　　On June 17, 2005, defendants mistakenly filed their Settlement Conference Statement with the court.  In response to plaintiffs' notice and request to strike the Statement from the record, and in accordance with Judge Lloyd's standing orders, the clerk shall expunge Defendant's Settlement Conference Statement (docket #95) from the public docket.

**IT IS SO ORDERED.**

Dated: 6/24/05

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Robert Thomas Barnes     rbarnes@locob.com,

3  O. Randolph Bragg     rand@horwitzlaw.com, shannon@horwitzlaw.com

4  Robert S. Niemann     rniemann@sf.seyfarth.com

5  Ronald Wilcox     ronaldwilcox@post.harvard.edu

6  Nicole Christine Zappala     nzappala@seyfarth.com,

7  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 6/24/05

                /s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd

2