1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN JOSE DIVISION

11

12
RACHELE GRINZI, et al.,                )          Case No.: C 04-1655 PVT

13
                   Plaintiffs,         )          **ORDER GRANTING PLAINTIFFS' MOTION**

14
        v.                             )          **TO ENFORCE SETTLEMENT AND MOTION**
                                       )          **FOR SANCTIONS**

15
CURTIS BARNES, et al.,                 )

16
                   Defendants.         )

17
_____ )

18
        On December 13, 2005 Plaintiff appeared for the continued hearing on Plaintiffs' Motion

19
to Enforce Settlement Agreement and for Sanctions.  Defendants failed to make any appearance.

20
All parties have consented to Magistrate Judge Jurisdiction.  Based on the discussions at the

21
hearing, the declarations filed by Plaintiffs, and the file herein,

22
        IT IS HEREBY ORDERED that Plaintiffs' motion to enforce settlement is GRANTED.

23
Defendants are hereby enjoined to comply with their obligation under the settlement agreement

24
to effectuate transfer of title of the subject vehicle to Plaintiff Kolber forthwith.  Coercive

25
sanctions of $100 per day will accrue beginning December 14, 2005, and continue until

26
Defendants have complied with this order.  Defendants shall pay the coercive sanctions to

27
Plaintiff Kolber, with payments made at weekly intervals beginning December 21, 2005.

28
        IT IS FURTHER ORDERED that Plaintiffs' motion for sanctions is GRANTED.

Defendants shall reimburse Plaintiffs $2,880.00 for the attorneys fees Plaintiffs incurred in connection with the motion to enforce the settlement agreement. *See,* 28 U.S.C. § 1927 ("Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.").  Defendants shall pay these sanctions to Plaintiffs no later than December 21, 2005.

Dated: *12/14/05*

PATRICIA V. TRUMBULL
United States Magistrate Judge