UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RACHELE GRINZI, et al., | ) | Case No.: C 04-1655 PVT |
| Plaintiffs, | ) ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED BASED ON THE PARTIES' SETTLEMENT, AS ENFORCED BY THE COURT** |
| v. | ) ) | |
| CURTIS BARNES, et al., | ) ) | |
| Defendants. | ) ) | |

On December 14, 2005, this court issued an Order Granting Plaintiffs' Motion to Enforce Settlement and Motion for Sanctions. Based on that order, and the file herein,

IT IS HEREBY ORDERED that no later than February 28, 2006, Plaintiffs shall file a declaration showing cause, if any, why this matter should not be dismissed based on the parties' settlement as enforced by the court.

Dated: *2/14/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*