UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELE GRINZI, et al., )<br>          Plaintiffs, )<br>     v. )<br>CURTIS BARNES, et al., )<br>          Defendants. )<br>_____ ) | Case No.: C 04-1655 PVT<br><br>**ORDER OF DISMISSAL** |

On February 14, 2006, this court issued an Order to Show Cause Why Case Should Not Be Dismissed Based on the Parties' Settlement, as Enforced by the Court. In response, Plaintiffs submitted briefing regarding Defendants' failure to comply with this court's prior an Order Granting Plaintiffs' Motion to Enforce Settlement and Motion for Sanctions. After further briefing and hearing, the court is now informed that Defendants have now fully complied with this court's prior order enforcing the settlement agreement. Therefore, based on the file herein,

IT IS HEREBY ORDERED that this case is DISMISSED, based on the parties' settlement.

Dated: *4/13/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*